THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ISIDORE KAMINSKY, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NATHAN MARGOLIN, Appellant.— Judgments of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting the appellants of a violation of section 188 of the Farms and Markets Law* and sentencing each of them to sixty days in the workhouse, reversed on the law, informations dismissed and bail exonerated. The defendants were charged with having knowingly delivered less than the quantity of coal represented, in violation of said section 188. The People failed to prove any such delivery, the undisputed fact being that the coal that was actually delivered was paid for on the basis of its true quantity and weight. The offer to deliver less than a quantity represented does not constitute a violation of that part of section 188 under which the defendants were accused. Lazansky, P. J., Hagarty, Scudder, Tompkins and Johnston, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MEYER H. KORNEL, Appellant, and HENRY ARNWINE, Defendant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting the appellant of a violation of section 1146 of the Penal Law by keeping a disorderly house, under which judgment he was sentenced to four months in the workhouse, unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Johnston, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GOTTELL RADISH, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Richmond, convicting the defendant of a violation of section 2 of chapter 781 of the Laws of 1933 and of certain rules, codes and regulations thereunder, fining him $100, and in default of payment thereof directing that he be imprisoned for thirty days in the county jail, order denying defendant's motion to dismiss the information and order denying his motion for leave to withdraw his plea of guilty, reversed on the law, information dismissed, and fine remitted. The statute under which the defendant was convicted is an unauthorized delegation of legislative functions contrary to the Constitution of this State, and is, therefore, invalid. (Darweger v. Staats, 267 N. Y. 290.) Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANNA LEISSNER, Respondent, v. ARTHUR LEISSNER, Appellant.— Order of the Domestic Relations Court of the City of New York, Family Court, Borough of Queens, directing appellant, beginning December 6, 1934, to pay the sum of seven dollars a week for the support of his wife unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Johnston, JJ.

*Now Agriculture and Markets Law.— [REP.